# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FORD MOTOR COMPANY,
a Delaware Corporation,

        Plaintiff,

vs.

BRENDA WRIGHT-RICHARDSON
and DOROTHY JEAN MACK,

        Defendants.

Case No. 2:15-cv-10801-DPH-APP

Hon. Denise Page Hood

---

Patrick F. Hickey (P36648)
Elisa J. Lintemuth (P74498)
DYKEMA GOSSETT PLLC
Attorneys for Plaintiff
400 Renaissance Center
Detroit, MI 48243
(313) 568-6800
phickey@dykema.com
elintemuth@dykema.com

Lawrence J. Coogan (P42433)
Attorney for Defendant Mack
4146 Oakwood Blvd.
Melvindale, MI 48122
(313) 381-0044
lawrencejcooganlaw@yahoo.com

Donna M. Bettis (P45678)
Attorney for Defendant Wright-Richardson
24333 Southfield Road, Suite 111
Southfield, MI 48075
(313) 748-3662
attorneybettis@ameritech.net

---

## STIPULATED ORDER ALLOWING FORD MOTOR COMPANY TO POST BOND, DISCHARGING FORD MOTOR COMPANY FROM ALL LIABILITY FOR THE INTERPLEADED FUNDS, AND DISMISSING FORD MOTOR COMPANY

This matter having come before the Court upon the stipulation of the parties;

1

IT IS HEREBY ORDERED:

Plaintiff Ford Motor Company ("Ford") shall post a bond with the Clerk of the Court in the amount of $24,000 ("Bond Funds"), which funds will be used to pay the benefits due and owing at the time the Court determines which defendant is the proper payee of the surviving spouse benefits for Donal L. Wright, deceased participant in the Ford Motor Company (Ford) – United Autoworkers (UAW) Retirement Plan. Pursuant to LR 67.1, these funds shall be held in an interest bearing account and the Clerk may deduct from the account any fee authorized by the Judicial Conference of the United States.

Upon posting of said bond, Ford is dismissed from this case with prejudice, with each party to bear its own costs, expenses, interest, and attorney fees. Defendants shall be enjoined from bringing any further action or proceeding against Ford regarding the proper payee of the surviving spouse benefits for Donal L. Wright.

IT IF FURTHER ORDERED that, following the entry of a final order in this case, the prevailing defendant will provide a copy of the Court's final order to Ford, and Ford will provide the Clerk of the Court with a calculation of the benefits due and owing under the Plan at that time, which amount will be distributed to the prevailing defendant from the Bond Funds. In the event that there are excess Bond Funds following this disbursement, the Clerk of the Court

will release all remaining Bond Funds to Ford. In the event that the Bond Funds are insufficient to pay the amount due and owing under the Plan at that time, Ford will pay the remaining amount due to the prevailing defendant within thirty (30) days of the Clerk's release of the Bond Funds. Following the Court's final order, Ford will make all future monthly payments in accordance with the Plan and the Court's determination of the proper beneficiary.

*This is not a final order and does not close this case.*

**IT IS SO ORDERED.**

Date: July 17, 2015                                       s/Denise Page Hood
                                                          United States District Judge

Stipulations:

By:   /s/ Elisa J. Lintemuth
      Elisa J. Lintemuth (P74498)
      Attorney for Plaintiff Ford Motor Company
      400 Renaissance Center
      Detroit, MI  48243

By:   /s/ Lawrence J. Coogan (with consent)
      Lawrence J. Coogan (P42433)
      Attorney for Defendant Mack
      4146 Oakwood Blvd.
      Melvindale, MI 48122

By:   /s/ Donna M. Bettis (with consent)
      Donna M. Bettis (P45678)
      Attorney for Defendant Wright-Richardson
      24333 Southfield Road, Suite 111
      Southfield, MI 48075