UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD MOTOR COMPANY,
a Delaware Corporation,

       Plaintiff,

vs.

BRENDA WRIGHT-RICHARDSON
and DOROTHY JEAN MACK,

       Defendants.

Case No. 2:15-cv-10801-DPH-APP

Hon. Denise Page Hood

Magistrate Judge Mona K. Majzoub

**STIPULATED ORDER FOR RELEASE OF FUNDS, FOR PAYMENT OF ALL FUTURE PENSION FUNDS TO DEFENDANT DOROTHY MACK AND FOR DISMISSAL OF CASE**

This matter having been brought before the Court upon the Stipulation of the parties,

**NOW THEREFORE,**

**IT IS ORDERED** that Defendant, Brenda Wright-Richardson hereby withdraws her claim to be the named beneficiary of the Ford Motor Company pension benefit rights of the deceased, Donal Wright.

**IT IS FURTHER ORDERED** that Defendant, Dorothy Jean Mack is hereby determined to be the surviving spouse and named beneficiary of the deceased, Donal Wright and is hereby entitled to any and all Ford Motor Company pension benefit surviving spouse payments on behalf of Donal Wright including

any and all future payments.

**IT IS FURTHER ORDERED** that in lieu of posting bond funds (Dkt. # 25), Ford, will pay $11,870.88, which represents all benefits currently due under the Plan, to Defendant Dorothy Mack in the form of a check made payable to Dorothy Jean Mack, and mailed to attorney Coogan's office at 4146 Oakwood Blvd., Melvindale, Michigan, 48122.  The remainder of the Stipulated Order Allowing Ford Motor Company to Post Bond, Discharging Ford from Liability, and Dismissing Ford (Dkt. #25) remains unchanged.

**IT IS FURTHER ORDERED** that this is the final Order in this matter and the case is hereby closed.

s/Denise Page Hood
Denise Page Hood
United States District Judge

Dated:  September 29, 2015


I hereby certify that a copy of the foregoing document was served upon counsel of record on September 29, 2015, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager

Stipulated:

By: /s/ Lawrence J. Coogan  (with consent)
Lawrence J. Coogan P-42433
Attorney for Defendant Mack
4146 Oakwood Blvd.
Melvindale, Michigan 48122
313.381.004

By: /s/ Donna M. Bettis (with consent)
Donna M. Bettis P-45678
Attorney for Defendant Wright-Richardson
24333 Southfield Rd., Suite 111
Southfield, Michigan 48075
313.748.3662

By: /s/ Elisa J. Lintemuth
Elisa J. Lintemuth (P74498)
Attorney for Plaintiff Ford Motor Company
400 Renaissance Center
Detroit, MI  48243